The order below is hereby signed.

Signed: June 17, 2017



_S. Martin Teel, Jr._
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| LATRICIA LEE HARDY, | ) | Case No. 16-00280 |
| | ) | (Chapter 7) |
| Debtor. | ) | Not for publication in |
| | ) | West's Bankruptcy Reporter. |

MEMORANDUM DECISION AND ORDER
RE DEBTOR'S CROSS MOTION FOR SUMMARY JUDGMENT
AND DISMISSAL OF DEBTOR'S INVOLUNTARY CHAPTER 7 CASE THAT
WAS REQUESTED BY CREDITOR, ALL CREDIT CONSIDERED MORTGAGE, INC.

The debtor, LaTricia Hardy, has filed a *Cross Motion for Summary Judgement And Dismissal Of Debtor's Involuntary Chapter 7 Case That Was Requested by Creditor, All Credit Considered Mortgage, Inc.* (Dkt. No. 200). For reasons explained at length in the *Memorandum Decision and Order re Motion for Summary Judgment Filed by All Credit Considered Mortgage, Inc. Regarding the Debtor's Objection to its Claim* of this date, none of the contentions raised in the *Cross Motion* have merit. In short, this is not an involuntary case, as it was commenced as a voluntary case; the appeal in the District of Columbia Court of Appeals does not preclude this court's adjudicating the validity of All Credit Considered Mortgage, Inc.'s claim; and abstention

is inappropriate as to the litigation in this court over the validity of the claim.  It is thus

ORDERED that the debtor's *Cross Motion for Summary Judgement And Dismissal Of Debtor's Involuntary Chapter 7 Case That Was Requested by Creditor, All Credit Considered Mortgage, Inc.* (Dkt. No. 200) is DENIED.

                                        [Signed and dated above.]

Copies to: Debtor; recipients of e-notification of orders.